HARDIMAN, Circuit Judge,
dissenting.
As I explained in my dissent in Hughley v. Government of the Virgin Islands, 536 Fed.Appx. 278, 282, 2013 WL 4492709 *3 (3d Cir. Aug. 23, 2013), I believe that a certificate of appealability is required before a Virgin Islands prisoner may appeal an order of the District Court for the Virgin Islands denying his habeas petition to the Court of Appeals, regardless of whether his initial petition was filed pursuant to 5 V.I.C. § 1303 or 28 U.S.C. § 2254. Because no certificate of appealability was obtained in this case, we lack jurisdiction to hear the appeal. See 28 U.S.C. § 2253. Accordingly, I respectfully dissent.